**FILED**

TIME_____

JAN 1 9 2010

JAMES BONINI, Clerk
COLUMBUS, OHIO

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HOWELL<br>140 N. Academy<br>Leesburg, Georgia 31763<br><br>    Plaintiff,<br><br>    vs.<br><br><br>CBCS aka<br>Credit Bureau Collection Services, Inc.<br>236 E. Town St.<br>Columbus, OH 43215-4633<br><br>    Defendant. | **No.** 09-cv-00802-GLF-MRA<br><br>**STIPULATAION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KIMBERLY HOWELL and Defendant, CBCS aka Credit Bureau Collection Services, Inc., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KIMBERLY HOWELL, against Defendant, CBCS aka Credit Bureau Collection Services, Inc., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: January 18, 2010        KROHN & MOSS, LTD.

                                /s/ Peter Cozmyk
                                Peter Cozmyk, Esq.
                                Attorney for Plaintiff,
                                KIMBERLY HOWELL

Dated: January 19, 2010,       DINSMORE & SHOHL LLP

                                /s/ Elizabeth Shaffer
                                  Elizabeth M. Shaffer, Esq.
                                Attorney for Defendant,
                                  CBCS aka Credit Bureau Collection Services, Inc.

1

Error! Unknown

1

2

3

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

4    Dated:

5
The Honorable Judge
Gregory L. Frost
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Error! Unknown